SARAH A. GRIFFITHS et al., appellants,

*v.*

ZOPHAR C. HOWELL, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney sustaining the validity of the complainant's mortgage.

*Mr. Benjamin D. Shreve,* for the appellants.

*Mr. Charles E. Lister* (of Philadelphia bar), for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given by the Vice-Chancellor.

*For affirmance* — THE CHIEF-JUSTICE, DEPUE, DIXON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH—10.

*For reversal*—None.